IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREG'S GREATER CHICAGO CHIROPRACTIC, LLC, on behalf of plaintiff and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 2991 |
| v. | ) ) | Judge Chang |
| | ) | Magistrate Judge Schenkier |
| SMARTCOMP, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Greg's Greater Chicago Chiropractic, LLC voluntarily dismisses its individual claims without prejudice and without costs against defendant SmartComp, LLC, as defendant has not yet filed an answer or a motion for summary judgment. Plaintiff Greg's Greater Chicago Chiropractic, LLC voluntarily dismisses its class claims without prejudice and without costs against defendant SmartComp, LLC. Plaintiff Greg's Greater Chicago Chiropractic, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

                                                                                      s/ Heather Kolbus
                                                                                      Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Heather Kolbus, certify that on May 29, 2013, I caused a true and accurate copy of the foregoing document to be served upon the party listed below through the Court's CM/ECF system:

  Julian C. Campbell
  julian.campbell.law@comcast.net


                  s/ Heather Kolbus
                 Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)